IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIG BEN INC., a New York Corporation
and Shumel Einhorn

    Plaintiffs,

vs.          CASE NO. 1:22-cv-5669

IOU CENTRAL, INC.
d/b/a IOU FINANCIAL, INC.

    Defendant

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Per Fed. R. Civ. P. 7.1, Defendant IOU Central Inc. certifies it is not-publicly traded and its parent corporation is IOU Central, Inc., organized in and publicly traded in Canada. (ticker: IOUFF.PK and IOU.V). To Defendant's knowledge, none of the Plaintiffs are publicly traded and are not owned by public traded companies. Plaintiff Einhorn has ownership or other interests in Plaintiff Big Ben.

Respectfully submitted this 1st day of July 2022.

By:   */s/Paul G. Wersant*
       Paul G. Wersant
       Georgia Bar No. 748341
       3245 Peachtree Parkway, Suite D-245
       Suwanee, Georgia 30024
       Telephone: (678) 894-5876
       Email: pwersant@ioucentral.com
       Attorney for Defendant IOU
       File No. 208757
       *Pro-Hac Vice* Pending

## **CERTIFICATE OF SERVICE**

I certify a precise copy of this document was filed ECF on the below date, sending notice to opposing counsel of record.

Respectfully submitted this 1st day of July 2022.

    By:    */s/Paul G. Wersant*
              Paul G. Wersant