```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
BIG BEN INC. and SHMUEL ENINHORN,        :
                                         :
                    Plaintiffs,          :
                                         :     22cv5669 (DLC)
          -v-                            :
                                         :         ORDER
IOU CENTRAL INC.,                        :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On November 1, 2022, the defendant filed a motion to dismiss the complaint. On November 22, the plaintiffs filed a First Amended Complaint. Accordingly, it is hereby

ORDERED that the defendant's November 1 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **December 13, 2022**. If the defendant renews its motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by **January 13, 2023**. The plaintiffs shall file any reply by **January 20, 2023**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or

delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 28, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge